P. T. COX CONTRACTING COMPANY, INC., Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. The date for the

examination to proceed to be fixed in the order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AURORA OPERATING COMPANY, Appellant, v. SAMUEL PECK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.